# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Case No. CR-14-341-F |
| | ) | |
| WILLIAM VONTRAIL JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER APPOINTING GUARDIAN AD LITEM FOR
## DISTRIBUTION OF RESTITUTION AWARD TO VICTIM

At a hearing before this Court on January 11, 2016, the Court awarded $900,000.00 in restitution to the victim of this offense. The minor victim will reach adulthood in January 2018. Pursuant to Title 18, United States Code, Section 3509(h)(1), the Court appoints Don Nicholson to serve as guardian ad litem for R.W. until she reaches adulthood. Mr. Nicholson is an experienced guardian ad litem who is familiar with this Court, social service programs, and child abuse issues. *See* 18 U.S.C. § 3509(h)(1).

Pursuant to Title 18, United States Code, Section 3509(h)(2), Mr. Nicholson "shall marshal and coordinate the delivery of resources and special services to the child." In this case, Mr. Nicholson is appointed to marshal and coordinate the delivery and safekeeping of any restitution to be paid to the victim until she

reaches the age of majority. Until that date, the Court Clerk will consult with Mr. Nicholson prior to issuing any restitution payments to R.W.

Dated this 13th day of January, 2016.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

14-0341p013.PO.wpd